FILED

09 SEP -1 AM 9:20

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 09 80176 MISC VRW

Paul Linus Hendrix - #111587

_____/

**ORDER TO SHOW CAUSE**

It appearing that Paul Linus Hendrix has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Paul Linus Hendrix
Attorney at Law
P.O. Box 182
Hyampom, CA 96046